# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| MARIO ALBERTO CARDONA-BENITEZ, | |
| Petitioner, | CIVIL ACTION NO.: 5:17-cv-4 |
| v. | |
| WARDEN TRACY JOHNS, | |
| Respondent. | |

## ORDER

Presently before the Court is the Magistrate Judge's March 15, 2017, Report and Recommendation, (dkt. no. 9), to which Petitioner Mario Alberto Cardona-Benitez ("Cardona-Benitez") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Cardona-Benitez's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, (dkt. no. 1), and **DENIES** Cardona-Benitez leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case

**SO ORDERED**, this ____ day of _____, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)